```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 07838
   MICHAEL ROBERT MEADEN
   JOYCE DELORIS MEADEN                        CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

             Debtor
   SSN XXX-XX-9567      SSN XXX-XX-1567

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/01/2008 and was confirmed 06/25/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/14/2009.
--------------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 724.58 | .00 | .00 |
| WILSHIRE MTG | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE MTG | MORTGAGE ARRE | 873.59 | .00 | 873.59 |
| COOK COUNTY TREASURER | PRIORITY | NOT FILED | .00 | .00 |
| ACCOUNTING MANAGEMENT SE | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| APPLIED CREDIT BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| BUDS AMBULANCE SERVICE | UNSECURED | 1040.17 | .00 | .00 |
| CAPITAL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ONYX ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CARDIAC & VASCULAR CONSU | UNSECURED | NOT FILED | .00 | .00 |
| CUSTOM COLLECTION SERVIC | UNSECURED | 648.00 | .00 | .00 |
| CHRYSLER CREDIT | NOTICE ONLY | NOT FILED | .00 | .00 |
| CUSTOM COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DUVERA FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DVRA BILLING | NOTICE ONLY | NOT FILED | .00 | .00 |
| EMC MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| EMERGE MASTERCARD | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 2206.96 | .00 | .00 |
| FIRST PREIMER BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| GRANACKI & ASSOCIATES | UNSECURED | 57216.00 | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | NOT FILED | .00 | .00 |
| MED BUS/ OAK LAWN RADIOL | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| METCALFS AUTO CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 631.40 | .00 | .00 |
| MUTUAL HOSPITAL SVC INC | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                    UNSECURED        NOT FILED            .00            .00
ONYX ACCEPTANCE CORP         NOTICE ONLY      NOT FILED            .00            .00
PATHOLOGY CONSULTANTS        UNSECURED        NOT FILED            .00            .00
PEOPLES CHOICE HOME LO       NOTICE ONLY      NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE     UNSECURED           16.61             .00            .00
PEOPLES CHOICE HOME LOAN     NOTICE ONLY      NOT FILED            .00            .00
PRESIDIO/CM                  UNSECURED        NOT FILED            .00            .00
PEOPLE FIRST RECOVERIES      UNSECURED        NOT FILED            .00            .00
RIVER COLLECTION & RECOV     UNSECURED        NOT FILED            .00            .00
RIVER COLLECTION & RECOV     UNSECURED        NOT FILED            .00            .00
SAINT MARGARET MERCY         UNSECURED        NOT FILED            .00            .00
SBC YELLOW PAGES             UNSECURED        NOT FILED            .00            .00
SELECT PORTFOLIO SERVICI     NOTICE ONLY      NOT FILED            .00            .00
SRS INC                      UNSECURED        NOT FILED            .00            .00
STERLING & KING INC          NOTICE ONLY      NOT FILED            .00            .00
STERLING & KING              UNSECURED        NOT FILED            .00            .00
US CELLULAR                  UNSECURED        NOT FILED            .00            .00
LVNV FUNDING LLC             UNSECURED         1374.83             .00            .00
COOK COUNTY TREASURER        SECURED          14141.94             .00        1250.00
INTERNAL REVENUE SERVICE     PRIORITY           351.96             .00            .00
INTERNAL REVENUE SERVICE     UNSECURED         5381.28             .00            .00
DIANE L GRAMBO               UNSECURED         2068.04             .00            .00
JEFFERSON CAPITAL SYSTEM     UNSECURED         1629.22             .00            .00
ONYX ACCEPTANCE CORP         UNSECURED        10572.60             .00            .00
STEVEN A LEAHY               DEBTOR ATTY       1,471.00                       1,471.00
TOM VAUGHN                   TRUSTEE                                            305.41
DEBTOR REFUND                REFUND                                               .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              3,900.00

PRIORITY                                            .00
SECURED                                        2,123.59
UNSECURED                                           .00
ADMINISTRATIVE                                 1,471.00
TRUSTEE COMPENSATION                             305.41
DEBTOR REFUND                                       .00
                   ---------------         ---------------
TOTALS               3,900.00                  3,900.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```